**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00428-CV**
_____

**IN RE THOMAS AVALOS JR.**

_____

**Original Proceeding**
**253rd District Court of Liberty County, Texas**
**Trial Cause No. 22DC-CV-01607**
_____

**ORDER**

Thomas Avalos Jr., Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is a defendant in Trial Cause Number 22DC-CV-01607, *Fortis Construction, LLC v. Thomas Avalos Jr.* Relator seeks a writ compelling the Honorable Chap B. Cain, Judge of the 253rd District Court of Liberty County, Texas, to dissolve a temporary restraining order. *See* Tex. Gov't Code Ann. § 22.221.

Relator requests that the temporary restraining order and all further proceedings in the trial court be stayed while this Court considers the mandamus

1

petition. The Court finds partial temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's December 9, 2022 temporary restraining order in Trial Cause Number 22DC-CV-01607 is STAYED to the extent that it orders Thomas Avalos Jr. to return all construction equipment on his property within 3 days. This Order shall remain in effect until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

The response of the Real Party in Interest, Fortis Construction, LLC, is due January 3, 2023.

MOTION FOR TEMPORARY RELIEF GRANTED IN PART.

ORDER ENTERED December 21, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.

2